**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Todd Ray BURNSIDE, Defendant—Appellant.**

No. 04–30416.

D.C. No. CR–01–05601–RJB.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Susan B. Dohrmann, Esq., Douglas B. Whalley, Esq., USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Peggy Sue Juergens, Esq., Seattle, WA, for Defendant–Appellant.

Before REINHARDT, RYMER, and HAWKINS, Circuit Judges.

MEMORANDUM **

Todd Ray Burnside appeals the 820–month sentence imposed following a jury-trial conviction for assault on a federal officer and discharge of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 111(a) and (b), and 924(c)(1)(A)(iii). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Burnside was sentenced under the then-mandatory Sentencing Guidelines, we remand to the sentencing court to pro-ceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 911 (9th Cir.2005).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

